JAMES E. SMYTH II
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
Fax:          (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLUE MOON MARKETING, LLC, a Nevada limited-liability company,<br><br>    Plaintiffs,<br><br>vs.<br><br>SCOTT R. MATTHEWS, an individual; TRAVEL EXCURSION NETWORK, LLC, a Florida limited-liability company; 4 STAR HOLDINGS LLC, a Florida limited liability company, ALLAN R. LEFFLER, an individual; TRACEY L. LEFFLER, an individual, PRESTIGE TRAVEL SYSTEMS, INC., a Florida corporation; RON LASCALA, an individual; SUMMER BAY RESORTS CROWN CLUB, LLC, a Florida limited-liability company; PHILLIP BREWER, an individual; WESTGATE RESORTS, LTD., a Florida limited partnership; WESTGATE RESORTS, LLC, a Florida limited-liability company; WESTGATE RESORTS, INC., Florida corporation; RW ADVERTISING, INC., an Illinois corporation; REVENUE FRONTIER, LLC, a California foreign limited-liability company; CALL SERVICES INTERNATIONAL LLC, Florida limited- liability company; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:13-cv-02238<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

### DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and this Court's Local Rules 6-1 and 6-2, Defendants WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC. ("Defendants"), hereby files its unopposed motion (the "Motion") for an extension of time of fourteen (14) days, up to and including January 22, 2014, to file a response to Plaintiff's Verified Complaint [DE1] and states that:

1. Local Rule 6-1(a) requires that "[e]very motion requesting a continuance, extension of time, or order shortening time shall be 'Filed' by the Clerk and processed as an expedited matter. *Ex parte* motion and stipulations shall be governed by LR 6-2."

2. Local Rule 6-2(a) requires the following:

> "Any stipulations, *ex parte* or unopposed motions requesting a continuance, extension of time, and any other stipulation requiring an order shall not initially be "Filed" by the Clerk, but shall be marked "Received." Every such stipulation, or *ex parte* or unopposed motion shall include an "Order" in the form of a signature block on which the Court or Clerk can endorse approval of the relief sought. This signature block shall not be on a separate page, but shall appear approximately one inch (1") below the last typewritten matter on the right-hand side of the last page of the stipulation or *ex parte* or unopposed motion…"

As seen below, the instant unopposed Motion conforms with LR 6-2(a).

3. Local Rule 6-1(b) requires that "[e]very motion or stipulation to extend time shall inform the Court of any previous extensions granted and state the reasons for the extension requested."

4. No previous request for an extension has been made.

5. Via e-mail attached as Exhibit "A" and dated January 2, 2014, Plaintiff's counsel agreed to Defendants' request for a fourteen (14) day extension of time to respond to the Complaint. Additionally, via a telephone call on January 6, 2014, Plaintiff's counsel agreed that

1 | Defendants' Motion should be made as an unopposed motion.

2 |     6. Defendants request the extension to further investigate the allegations made by Plaintiff and to continue conversations with Plaintiff's counsel that may resolve the Complaint as it pertains to the Defendants.

    7. Defendants were served with the Complaint on December 18, 2013. Pursuant to Fed. R. Civ. P. 12, Defendants time to respond to the Complaint therefore currently expires on January 8, 2014. Because Defendants' time to respond to the Complaint has not yet expired, the instant Motion is timely made.

    8. Fed. R. Civ. P. 6(b) allows the Court discretion to enlarge time periods and Local Rules 6-1 and 6-2 provide this Court's rules governing extensions of time.

    9. This Motion is made in good faith and not for the purposes of delay and will not prejudice any party.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

WHEREFORE, WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC., respectfully request that the Court enlarge the time to file a response to Plaintiff's Complaint so that WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC., shall have fourteen (14) additional days to file a response to Plaintiff's Verified Complaint, making the response due on January 22, 2014.

Dated: January 7, 2014

Respectfully Submitted,

By: _____

JAMES E. SMYTH II,
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:   (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

**IT IS SO ORDERED.**

Dated: January 8, 2014

By: _George Foley Jr._____
GEORGE FOLEY, JR
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that the following **DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** was filed with the clerk of the court by using the CM/ECF system on this 7th day of January, 2014. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

## SERVICE LIST

**Matthew W. Treu**
Law Office of Matthew W. Treu, P.C.
7201 W. Lake Mead Blvd.
Suite 108
Las Vegas, NV 89128
702-838-4580
Fax: 702-552-6002
Email: matthew@treu-law.com
***Attorney for Plaintiff***

_____
An employee of Kaempfer Crowell

# EXHIBIT A

**Scott Wellikoff**

| | |
|---|---|
| **From:** | Matthew Treu [matthew@treu-law.com] |
| **Sent:** | Thursday, January 02, 2014 12:16 PM |
| **To:** | Scott Wellikoff |
| **Cc:** | Jeffrey Backman; Richard Epstein; Michael Marder |
| **Subject:** | RE: (00108.2471) Blue Moon Marketing LLC v Matthews,Westgate et al [IWOV-ACTIVE.FID8539569] |

Scott,

Please allow this email to confirm the two-week extension that I previously agreed to with Michael. I'll get back to you on the phone number.

Thanks,
Matthew

Matthew W. Treu, Esq.
Law Office of Matthew W. Treu, P.C.
7201 W. Lake Mead Blvd., Suite 108
Las Vegas, Nevada 89128
Phone: (702) 838-4580
Fax: (702) 552-6005
Website: www.treu-law.com