1  JAMES E. SMYTH II
Nevada Bar No. 6506
2  LISA J. ZASTROW
Nevada Bar No. 9727
3  KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
4  Las Vegas, Nevada 89113
Telephone:  (702) 792-7000
5  Fax:          (702) 796-7181
jsmyth@kcnvlaw.com
6  lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

7

8  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

9

10  BLUE MOON MARKETING, LLC, a Nevada ) Case No. 2:13-cv-02238
limited-liability company, )
11             Plaintiffs, )
        vs. )  ***EX PARTE* MOTION TO REMOVE**
12  SCOTT R. MATTHEWS, an individual; TRAVEL) **COUNSEL FROM CM/ECF**
EXCURSION NETWORK, LLC, a Florida limited-) **SERVICE LIST**
13  liability company; 4 STAR HOLDINGS LLC, a )
Florida limited liability company, ALLAN R. )
14  LEFFLER, an individual; TRACEY L. LEFFLER, )
an individual, PRESTIGE TRAVEL SYSTEMS, )
15  INC., a Florida corporation; RON LASCALA, an )
individual; SUMMER BAY RESORTS CROWN )
16  CLUB, LLC, a Florida limited-liability company; )
PHILLIP BREWER, an individual; WESTGATE )
17  RESORTS, LTD., a Florida limited partnership; )
WESTGATE RESORTS, LLC, a Florida limited- )
18  liability company; WESTGATE RESORTS, INC., )
Florida corporation; RW ADVERTISING, INC., an )
19  Illinois corporation; REVENUE FRONTIER, LLC, )
a California foreign limited-liability company; )
20  CALL SERVICES INTERNATIONAL LLC, )
Florida limited- liability company; and DOES 1-10, )
21  inclusive, )
             Defendants. )
22

23

24

Page 1 of 2

1383930_1.docx

### *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

This Ex Parte Motion is brought to remove James E. Smyth II and Lisa J. Zastrow from the CM/ECF Service List in the above-captioned matter as Defendants WESTGATE RESORTS, LTD., WESTGATE RESORTS, LLC, and WESTGATE RESORTS, INC. were dismissed from the case. (*See* Plaintiff's Dismissal of Westgate Resorts, Ltd., Westgate Resorts, LLC, Westgate Resorts, Inc., Docket Entry No. 28).

Dated: March 13th, 2014              Respectfully Submitted,

By: */s/James E. Smyth II*

JAMES E. SMYTH II,
Nevada Bar No. 6506
LISA J. ZASTROW
Nevada Bar No. 9727
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:   (702) 792-7000
Fax:   (702) 796-7181
jsmyth@kcnvlaw.com
lzastrow@kcnvlaw.com
*Attorneys for Westgate Defendants*

**IT IS SO ORDERED.**

Dated: March 14, 2014              By: /s/ George Foley Jr.
GEORGE FOLEY, JR.
United States Magistrate Judge