UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Blue Moon Marketing, LLC,<br><br>Plaintiff<br><br>v.<br><br>Revenue Frontier, LLC, et al.,<br><br>Defendants | Case No.: 2:13-cv-2238-JAD-GWF<br><br>**Order Granting Motion to Dismiss [Doc. 22]** |
|---|---|

For the reasons stated on the record during the August 11, 2014, hearing on defendant Revenue Frontier's Motion to Dismiss (Doc. 22), IT IS HEREBY ORDERED that the motion is GRANTED. This case is dismissed without prejudice as to Revenue Frontier for lack of personal jurisdiction.

DATED August 11, 2014.

Jennifer A. Dorsey
United States District Judge